UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lourdes Paulino,<br><br>                            Plaintiff,<br><br>   – against–<br><br>Synchrony Bank d/b/a Walmart, Inc., TransUnion LLC and Equifax Information Services, LLC,<br><br>                           Defendants. | **Civ. No.** 1:20-cv-03921-KPF<br><br>NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY |

Plaintiff Lourdes Paulino respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that Defendant Equifax Information Services, LLC be excused from all future appearances and deadlines until this matter is dismissed.

Dated:  October 31, 2020          **Law Offices of Robert S. Gitmeid & Associates, PLLC**

                                                   <u>*/s/ Adham M. Elsayed*</u>
                                                   Adham M. Elsayed, Esq.
                                                   30 Wall Street, 8th Floor #741
                                                   New York, NY 10005
                                                   Tel: (866) 249-1137
                                                   Fax: (877) 366-4747
                                                   Email: adham.e@gitmeidlaw.com
                                                   *Counsel for Plaintiff*

Application GRANTED.  All deadlines and conferences are hereby adjourned as to Defendant Equifax Information Services, LLC. Furthermore, the Court ORDERS that this action be conditionally discontinued solely as to Defendant Equifax Information Services, LLC without prejudice and without costs; provided, however, that within 30 days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise, within such time Plaintiff may apply by letter for restoration of the action as to Defendant Equifax Information Services, LLC to the active calendar of the Court in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action as to Defendant Equifax Information Services, LLC to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of the action solely as to Defendant Equifax Information Services, LLC with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case solely as to Defendant Equifax Information Services, LLC.


Dated:   November 2, 2020          SO ORDERED.
         New York, New York

                                   *[signature: Katherine Polk Failla]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE